UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRICIA PELT, individually and on behalf of and all others similarly situated,

        Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

        Defendant.
_____/

Case No.: 23-cv-11736
Hon. Gershwin A. Drain

BRIANA TABBS, individually and on behalf of and all others similarly situated,

        Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

        Defendant.
_____/

Case No.: 23-11758
Hon. Gershwin A. Drain

BRANDI MCKENZIE, individually
and on behalf of and all others
similarly situated,

      Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

      Defendant.
_____/

Case No.: 23-11796
Hon. Gershwin A. Drain

DAVID KING, individually and on
behalf of and all others similarly
situated,

      Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,

      Defendant.
_____/

Case No.: 23-11993
Hon. Gershwin A. Drain

**ORDER GRANTING PLAINTIFFS'[1] JOINT MOTION TO CONSOLIDATE CASES [#6], CONSOLIDATING CASES, APPOINTING THE MILLER LAW FIRM, P.C. AS INTERIM LEAD COUNSEL AND SETTING A SCHEDULE FOR CERTAIN FILINGS**

WHEREAS, there are four related class actions pending in this Court, identified in the caption above, which each allege, inter alia, that Defendant Henry

---

[1] "Plaintiffs" refers to the named plaintiffs in the above-captioned cases.

2

Ford Health System ("Henry Ford" or "Defendant") failed to adequately safeguard the protected health information of Plaintiffs and putative Class Members. These Related Cases are listed below:

- *Pelt v. Henry Ford Health System*, Case No. 2:23-cv-11736 ("*Pelt*");
- *Tabbs v. Henry Ford Health System*, Case No. 2:23-cv-11758 ("Tabbs");
- *McKenzie v. Henry Ford Health System*, Case No. 2:23-cv-11796 ("McKenzie"); and
- *King v. Henry Ford Health System*, Case No. 4:23-cv-11993 ("King").

WHEREAS, Plaintiffs in the Related Cases agree that consolidation of these matters is appropriate under Federal Rule of Civil Procedure 42(a) and E.D. Mich. LR 42.1;

WHEREAS, Plaintiffs in the Related Cases agree that a single consolidated amended complaint should be filed;

WHEREAS, Plaintiffs in the Related Cases respectfully submit that the Court's appointment of the Miller Law Firm, P.C. as Interim Lead Counsel pursuant to Rule 23(g)(3) would promote the orderly and efficient management of the Related Cases and would ensure that prosecution of the case and any potential settlement is led by counsel that is adequately prepared to represent the interests of the named plaintiffs and the putative class members;

WHEREAS, Plaintiffs have reached out to Defendant Henry Ford regarding the relief requested in the Motion and Defendant concurs with consolidation and

takes no position on the appointment of interim lead counsel (ECF No. 6, PageID.69);

WHEREAS, Defendant Henry Ford has failed to respond to Plaintiffs' Motion to Consolidate and the time for doing so has expired;

WHEREAS, no discovery deadlines have yet been issued and no status conferences or Rule 16 conferences yet scheduled;

WHEREAS, continuing to litigate these four cases independently with varying response deadlines and eventual differences in discovery deadlines prior to consolidation would lead to inefficiency, duplication of effort, and an unnecessary expenditure of resources;

WHEREAS, the parties propose, subject to Court approval, that a Consolidated Action proceed on the following schedule:

- Defendant is not required to respond to the initial complaints in *Pelt*, *Tabbs*, *McKenzie*, and *King*;

- Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within thirty (30) days of entry of the instant Order consolidating the Related Cases and appointing Interim Class Counsel;

- Defendant will answer, move, or otherwise respond to the Consolidated Class Action Complaint within forty-five (45) days of its receipt of the Consolidated Class Action Complaint;

- If Defendant responds by way of motion, Plaintiffs will have thirty (30) days to oppose Defendant's motion, and Defendant will have twenty-one (21) days to reply;

Accordingly, the Court CONCLUDES:

1. The Related Cases (23-11736, 23-11758, 23-11796, 23-11993) pending in this District are HEREBY consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) and E.D. Mich. LR 42.1 (hereafter the "Consolidated Action").

2. The Clerk of the Court SHALL administratively close the *Tabbs* (23-11758), *McKenzie* (23-11796), and *King* (23-11993) actions.

3. The parties SHALL transfer all documents already docketed in those Related Cases into the Consolidated Action.

4. All papers filed in the Consolidated Action must be filed under Case No. 2:23-cv-11736, the number assigned to the first-filed case, and must bear the following caption:

   | | |
   |---|---|
   | IN RE HENRY FORD HEALTH SYSTEM DATA SECURITY LITIGATION, | Master File No.: 2:23-cv-11736-GAD-KGA |

5. Any action filed after the Related Cases in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be consolidated with this case and will be maintained under Master File No. No. 2:23-cv-11736-GAD-KGA. Plaintiffs shall file a Notice of Related Action whenever a case that should be

consolidated into this action is filed in, transferred to, or removed to this District.

6. This Order shall apply to the above-captioned actions, any other action that is subsequently consolidated into the Consolidated Action, and any other actions filed in or transferred or removed to this Court relating to the subject matter at issue in this case.

7. The Miller Law Firm, P.C. SHALL be appointed as Interim Lead Counsel in the Consolidated Action.

8. The Consolidated Action will proceed on the following schedule:

    - Defendant is not required to respond to the initial complaints in *Pelt*, *Tabbs*, *McKenzie*, and *King*;

    - Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within thirty (30) days of entry of an Order consolidating the Related Cases and appointing Interim Class Counsel;

    - Defendant will answer, move, or otherwise respond to the Consolidated Complaint within forty-five (45) days of its receipt of the Consolidated Complaint;

    - If Defendant responds by way of motion, Plaintiffs will have thirty (30) days to oppose Defendant's motion, and Defendant will have twenty-one (21) days to reply;

    SO ORDERED.

Dated: September 13, 2023 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 13, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager