# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# MICHIGAN

| | |
|---|---|
| IN RE HENRY FORD HEALTH SYSTEM DATA SECURITY LITIGATION | Master File No.: 2:23-cv-11736-GAD-KGA<br><br>Hon. Gershwin A. Drain<br><br>JURY TRIAL DEMANDED |

## STIPULATED ORDER TO STAY PROCEEDINGS PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, individually and on behalf of all Class members (collectively, "Plaintiffs"), and Defendant Henry Ford Health System ("Henry Ford Health", together with Plaintiffs, the "Parties") state as follows:

1. As the Parties previously advised the Court, they participated in a mediation with Bennett Picker, Esquire on February 8, 2024 (ECF No. 14).

2. Following the mediation and with the continued assistance of Mr. Picker, the Parties reached an agreement in principle to resolve this matter on March 19, 2024.

3. The Parties anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within forty-five (45) days.

1

Accordingly, it is **ORDERED** that these proceedings (including Defendant's deadline to answer, move, or otherwise respond to the Consolidated Class Action Complaint) shall be stayed for the next forty-five (45) days.

**SO ORDERED.**                    s/Gershwin A. Drain
                                   HON. GERSHWIN A. DRAIN
                                   U.S. District Judge

Dated: April 2, 2024                              Respectfully submitted,

s/ Michelle R. Gomez (w/consent)          s/ E. Powell Miller
Michelle R. Gomez                         E. Powell Miller (P39487)
**BAKER & HOSTETLER LLP**                 Melvin Hollowell (P37834)
1801 California Street, Ste 4400          Sharon S. Almonrode (P33938)
Denver, CO 80202-2662                     Emily E. Hughes (P68724)
(303) 861-0600                            **THE MILLER LAW FIRM, P.C.**
mgomez@baker.law                          950 W. University Drive, Suite 300
                                          Rochester, MI 48307
Robert A. Farr (P61597)                   T: (248) 841-2200
Henry Ford Health Services                epm@millerlawpc.com
Office of General Counsel                 mbh@millerlawpc.com
One Ford Place                            ssa@millerlawpc.com
Detroit, MI 48202                         eeh@millerlawpc.com
RFarr1@hfhs.org
(248) 703-0662                            *Interim Lead Counsel for Plaintiffs and the Proposed Class*

*Counsel for Defendant Henry Ford Health System*

                                          Jonathan Shub
                                          Benjamin F. Johns
                                          Samantha E. Holbrook
                                          **SHUB & JOHNS LLC**
                                          Four Tower Bridge
                                          200 Barr Harbor Drive, Suite 400

2

Conshohocken, PA 19428
T: (610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

Bart D. Cohen
**BAILEY GLASSER LLP**
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420
bcohen@baileyglasser.com

William "Billy" Peerce Howard*
**THE CONSUMER PROTECTION FIRM, PLLC**
401 East Jackson Street,
Suite 2340 Truist Place
Tampa, FL 33602
(813) 500-1500
Billy@TheConsumerProtectionFirm.com

Jeff Ostrow
Kristen Lake Cardoso
Steven Sukert
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
cardoso@kolawyers.com
sukert@kolawyers.com

Nick Suciu III (P72052)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301

3

Tel: (313) 303-3472
nsuciu@milberg.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2024, I am electronically submitting the foregoing documents using the Court's Utilities system, and will follow the local rules for sending and notifying all counsel of record authorized to receive such filings upon submission.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com