# INDEX OF EXHIBITS

A- Declaration of E. Powell Miller of The Miller Law Firm, P.C. in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

B- Declaration of Melissa E. Baldwin of RG/2 Claims Administration LLC

C- Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing Notice