UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Latricia Pelt, et al.,

                      Plaintiff(s),

v.                                         Case No. 2:23-cv-11736-GAD-KGA
                                                         Hon. Gershwin A. Drain

Henry Ford Health System,

                      Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  October 29, 2024 at 11:00 AM
- STATUS CONFERENCE:  August 26, 2024 at 10:30 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Marlena A Williams
                                                            Case Manager

Dated:  June 25, 2024