## <u>INDEX OF EXHIBITS</u>

A.    Declaration of E. Powell Miller in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B.    Declaration of Tina Chiango Regarding Dissemination of Notice to the Class and in Support of Plaintiffs' Motion for Final Approval

C.    Proposed Order Granting Final Approval

D.    Proposed Final Judgment and Order of Dismissal