# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| IN RE HENRY FORD HEALTH SYSTEM DATA SECURITY LITIGATION | Master File No.: 2:23-cv-11736-GAD-KGA<br><br>Hon. Gershwin A. Drain<br><br>**CLASS ACTION** |

## DECLARATION OF TINA CHIANGO REGARDING DISSEMINATION OF NOTICE TO THE CLASS AND IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL

1.      My name is Tina Chiango, and I am over the age of eighteen (18) years.  I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge.  If called to testify, I could and would testify consistent with the matters stated herein.

2.      I am the Director of Claims Administration, Securities, and Antitrust for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103. RG2 Claims is the independent third-party settlement administrator retained as Claims Administrator to handle various settlement administration activities in the above-referenced matter, including, but not limited to, mailing of settlement notification packages to Class Members, Claim Form collection and review, claimant correspondence, distribution and any necessary tax reporting.

3.      RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting

services. RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, data security breach, consumer, civil rights, employment, negligent disclosure, and securities fraud allegations. Since 2000, RG/2 Claims has administered and distributed in excess of $2 billion in class action settlement proceeds.

4.      As required by the Class Action Fairness Act ("CAFA"), on June 26, 2024, RG/2 Claims caused to be served by First-Class mail, a Notice of Proposed Settlement to the United States Attorney General and 47 State Attorney Generals. A copy of the Notice of Proposed Settlement is attached hereto as **Exhibit A**. RG/2 has received no objections or other responses from any Attorneys General.

5.      On July 8, 2024, RG/2 Claims received an excel file from Defendant's Counsel which contained a total of 168,294 names and addresses of individuals identified as Settlement Class Members in this settlement. RG/2 Claims reviewed the files, submitted the file to the National Change of Address ("NCOA") database and updated any new addresses obtained from NCOA.

6.      On July 30, 2024, RG/2 Claims arranged for the mailing of the Postcard Notice to be mailed to the 168,294 Settlement Class Members, which included a personalized Claim ID to be used when filing a Claim through the claims filing portal. A non-personalized copy of the Postcard Notice is attached hereto as **Exhibit B.**

7.      Of the 168,294 Postcard Notices mailed, a total of 5,591 were returned by the USPS as undeliverable. Of those returned, 973 contained a forwarding address, which RG/2 Claims used to immediately re-mail those Postcard Notices. RG/2 Claims performed address verification searches (also referred to as "skip tracing") for those returned as undeliverable without a forwarding address. Re-mails were promptly sent to 2,316 Settlement Class Members via U.S. First Class mail at the updated addresses located via skip tracing. After these efforts, 2,302

2

remained undeliverable.  Based on this information, the Postcard Notice has reached 165,992 Settlement Class Members, representing 98.6% of the Settlement Class Members.

8.      RG/2 Claims created a settlement website, which went live on July 29, 2024, www.hfhsdatasecuritysettlement.com. The website's homepage includes a summary of the Settlement as well as Settlement Class Member's legal rights and options. The website also included: a "Contact Us" page; a "Case Documents" page, which includes various Settlement documents as well as the Long Form Notice; and a "File a Claim" page, which included a pdf of the Claim Form for printing, as well as a link to the claims filing portal.  The website was viewed by 11,530 visitors.

9.      Settlement Class Members were provided a toll free number of 866-742-4955 where they could speak to a live operator during regular business hours or leave a message for a call back.  The website Contact Us page also provided an email address where Settlement Class Members could contact RG/2 Claims with any questions or concerns.

10.      As referenced in the Postcard Notice and Long Form Notice, the deadline to submit a request for Exclusion from the Settlement was September 28, 2024.  To date, RG/2 Claims has received six (6) Requests for Exclusion from Class Members postmarked on or before the September 28, 2024 deadline.  Copies of the six timely Requests for Exclusion are attached hereto as **Exhibit C**.

11.      Also referenced in the Postcard Notice, the deadline to object to the Settlement was September 28, 2024.   To date, RG/2 Claims has not received or been made aware of any Objections to the Settlement.

12.      Settlement Class Members were advised that the deadline to file a Claim is October 28, 2024. RG/2 has received a total of 8,391 Claim Forms from Settlement Class Members, which represents a response rate of approximately 5% of the total Class Membership list.

13.     Of the 8,391 Claim Forms received, RG/2 has reviewed and made a determination to allow 8,359 Claims Forms to date.  This includes 8,333 Settlement Class Members electing for the pro rata cash payment; two (2) Settlement Class Members with allowed documented expenses of $822.98; and 24 Settlement Class Members who only requested the free credit monitoring.   A total of 4,654 Settlement Class Members have requested the free credit monitoring, which includes those who only selected the free credit monitoring, as well as those individuals who elected free credit monitoring in addition to one of the other settlement benefits. There are 16 Settlement Class Members who have claimed expenses, however, they did not submit sufficient documentation and have been notified of such.  Given that Class Members have until October 28, 2024 to submit a Claim, and that the aforementioned numbers will continue to change, RG2 Claims will file, or cause to be filed, a supplemental declaration (per the Order granting Preliminary Approval, a supplemental declaration by the claims administrator may be filed by October 24, 2024).

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on October 14, 2024 at Philadelphia, Pennsylvania.

_____

Tina Chiango

# EXHIBIT A

**RG2**
Claims
Administration LLC

June 26, 2024

Via «Via_Mail»

«First» «Last», «Esquire»
«Title»
«Street_1»
«Street2»
«City», «State1» «Zip»

Re:     *In re Henry Ford Health System Data Security Litigation,* (Case No. 2:23-cv-11736, United
        States District Court for the Eastern District of Michigan)

To the Honorable «First» «Last», Esq.:

       Pursuant to the Class Action Fairness Act of 2005 (specifically 28 U.S.C.A. § 1715), Defendant,
*Henry Ford Health System* and the prospective Claims Administrator, RG/2 Claims Administration LLC,
hereby give notice in the above-captioned matter (the "Action") of the following:

1.  Pursuant to the requirements under the Class Action Fairness Act of 2005, copies of the following
    documents are also contained on the CD-ROM included herein:

    a.  Exhibit 1:  Latricia Pelt v. Henry Ford Health System Class Action Complaint and Demand for
        Jury Trial filed on July 19, 2023;

    b.  Exhibit 2:  Briana Tabbs v. Henry Ford Health System Class Action Complaint and Demand
        for Jury Trial filed on July 21, 2023;

    c.  Exhibit 3:  Brandi McKenzie v. Henry Ford Health System Class Action Complaint and
        Demand for Jury Trial filed on July 26, 2023;

    d.  Exhibit 4:  David King v. Henry Ford Health System Class Action Complaint and Demand
        for Jury Trial filed on August 9, 2023;

    e.  Exhibit 5:  Consolidated Amended Complaint filed on October 13, 2023;

    f.  Exhibit 6:  Plaintiffs Unopposed Motion for Preliminary Approval of Class Action Settlement
        filed on June 20, 2024;

June 26, 2024
Page 2



    g.  Exhibit 7:  Approximate Class Members Per State of Residency.

2.  The Settlement Agreement defines the Settlement Class as:

> "All natural persons who are residents of the United States and who were mailed written notification by Henry Ford that their Personal Information was accessed, viewed, and/or obtained by an unauthorized party as a result of the Data Security Incident which occurred on or about March 30, 2023."

3.  It is not feasible to provide the anticipated gross settlement amount allocations at this time. The amounts recovered by each individual member may vary.  Exhibit 7, on the enclosed CD-ROM, provides a table of the Approximate Class Members per State of Residency.

4.  There are no other settlement or other agreements between class counsel and counsel for defendants pursuant to 28 U.S.C. § 1715(b)(5).

5.  The Court has not yet entered a final judgment or notice of dismissal.  Accordingly, no document is presently available pursuant to 28 U.S.C. § 1715(b)(6).

6.  Finally, there are no relevant written judicial opinions pursuant to 28 U.S.C. § 1715(b)(8).


    If you have questions about this notice, the lawsuit, or the enclosed materials, please contact RG/2 Claims Administration LLC at 215-979-1620.


    Sincerely,

    RG/2 Claims Administration LLC

# EXHIBIT B

## Court Approved Legal Notice

**A proposed Settlement has been reached in a class action lawsuit known as _In re Henry Ford Health System Data Security Litigation_, Case No. 2:23-cv-11736, filed in the United States District Court for the Eastern District of Michigan.**

*This is <u>not</u> a solicitation from a lawyer*.

**This is NOT a Claim Form.**

**For more information about the Settlement and how to file a Claim Form visit or call:**

www.hfhsdatasecuritysettlement.com
1-866-742-4955

Henry Ford Health System Data Security Litigation
RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAG

**Electronic Service Requested**



NUMERIC EQUIVALENT

Postal Service: Please do not mark barcode

Claimant ID: ‹‹Claimant ID››

‹‹FirstName››‹‹LastName››
‹‹Address1››
‹‹Address2››
‹‹City››, ‹‹State›› ‹‹Zip››
‹‹Country››

A settlement has been reached in a class action lawsuit against Henry Ford Health System ("Henry Ford") arising out of a targeted cybersecurity attack (the "Data Security Incident") on Henry Ford's network and computer systems that potentially resulted in unauthorized access to names, genders, dates of birth, ages, lab results, procedure types, diagnoses, dates of service, telephone numbers, medical record numbers and/or internal tracking numbers ("Personal Information") of Settlement Class Members. The lawsuit alleges that Henry Ford was responsible for the Data Security Incident because it did not take appropriate care to protect Personal Information from unauthorized disclosure. Henry Ford disagrees with and denies the claims, and the Court has not determined that Henry Ford did anything wrong.

**Who is Included?** All natural persons who are residents of the United States who were mailed written notification by Henry Ford that their Personal Information was accessed, viewed, and/or obtained by an unauthorized party as a result of the Data Security Incident reported to have occurred on or about March 30, 2023.

**What does the Settlement Provide?** The Settlement establishes a $700,000.00 Settlement Fund to be used to pay for Credit Monitoring and Insurance Services, reimbursement of Documented Losses, and Cash Fund Payments to valid claimants; costs of Notice and administration; Service Awards to the Class Representatives; and the Attorney Fee Award and Costs. Henry Ford has also agreed to continue or undertake certain information security measures. Claimants may select the following forms of Settlement relief: Credit Monitoring and Insurance Services, AND (a) Documented Loss payments, OR (b) a Cash Fund Payment, as described below:

> **Credit Monitoring and Insurance Services** – two years of Credit Monitoring and Insurance Services; AND

- **Documented Loss Payments** – reimbursement for certain Documented Losses, i.e., money spent or lost, that is more likely than not related to the Henry Ford Data Security Incident (up to $2,500 per claimant, though this category may not exceed $25,000 in aggregate), not otherwise reimbursable by insurance; OR
- **Cash Fund Payments** – a *pro rata* cash payment, depending on the number of Settlement Class Members that participate in the Settlement.

**How To Get Benefits:** You must complete and file a Claim Form online or by mail postmarked by **October 28, 2024**, including required documentation. You can file your claim online at www.hfhsdatasecuritysettlement.com. You may also get a paper Claim Form at the website or by calling the toll-free number, and you then submit this paper Claim Form by mail.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **September 28, 2024**. If you do not exclude yourself, you will release any claims you may have against Henry Ford or Released Parties (as defined in the Settlement Agreement) related to the Henry Ford Data Security Incident, as more fully described in the Settlement Agreement, available at the settlement website. If you do not exclude yourself, you may object to the Settlement by **September 28, 2024**.

**The Final Approval Hearing.** The Court has scheduled a hearing in this case (*In Re Henry Ford Health System Data Security Litigation*, Case No. 23-cv-11736 (E.D. Mich.)) for **October 29, 2024, at 11:00 a.m.**, to consider: whether to approve the Settlement, Service Awards, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the hearing, but you are not required to do so. The hearing may be held remotely, so please check the settlement website for those details.

**More Information.** Complete information about your rights and options, as well as the Claim Form, the Long Form Notice, and Settlement Agreement are available at www.hfhsdatasecuritysettlement.com or by calling toll free 1-866-742-4955.

# EXHIBIT C

AUG 1 3 2024

**In re Henry Ford Health System Data Security Litigation, Case No.
2:23-cv-11736**

To whom it may concern;

I choose to opt out and be excluded from the Settlement Class for the above mentioned
class action lawsuit.

Dale A Maurice
15975 Widgeon Court
Macomb Township Michigan 48044

METROPLEX MI 480

7 AUG 2024 PM 16 L

Jerri / Dale Maurice
15975 Widgeon Ct.
Macomb, MI 48044

Henry Ford Health System Data Sec. Litigation
RG, / c Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102 - 9479

19102-947979

**GORDON HAUGLIE <ghauglie@comcast.net>**

# REQUEST TO EXCLUDE FROM SETTLEMENT

AUG 1 3 2024

To hfhsdatasecuritysettlement.com

### RE: CLAIMANT ID: FX6-ACV-PEQP

I am Gordon R Hauglie, writing at the request of Joan M Hauglie, huspand and wife.
Joan is named as a claimant , as advised by a postcard mail received August 3. Please remove and exclude her name from all litigation issues. We will not furnish any additional information by telephone. A confirmation notice may be mailed to the address shown on the postcard. Thank You.
*Gordon R Hauglie*



Mr. Gordon R. Hauglie
842 E Barrington Cir
Jackson, MI 49203

METROPLEX MI 480

7 AUG 2024   PM 5   L



TO:   Henry Ford Health System Data
      Security Litigation
      RG/2 Claims Administration
      Post Office Box 59479
      Philadelphia PA, 19102-9479

19102-947979

SEP 2 0 2024

NANCY S. HARRINGTON
7915 BUNKERHILL ROAD
JACKSON, MI. 49201-9573

Henry Ford Health System Data
Security Litigation
RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19092-9479

To Whom It May Concern;
     I wish to be excluded from
this case Settlement

Thank You.

Nancy S. Harrington

Claimant ID: MWY-G44-SE5B

METROPLEX MI 480

16 SEP 2024 · PM 5 L

Henry Ford Health System Data
Security Litigation
RG6, Claims Administration, LLC
PO Box 59479
Philadelphia, PA 19102-9479

19102-947979

NANCY S. HARRINGTON
7915 BUNKERHILL ROAD
JACKSON, MI. 49201-9573

SEP 2 4 2024

September 17, 2024

Henry Ford Health System Data
Security Litigaton
RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, Pa. 19102-9479

To Whom It May Concern,

I wish to opt out of this litigation
I do not want to be legally bound by
this Settlement Agreement.

signed
Susan Anderson

J524911  P3  T101  P1  S93129

Claimant ID: YGX-9GR-EVVU

Susan Anderson
3300 Spirea Ct. Apt. 126
Jackson, Mi. 49202-1241

Sue A. Anderson
3300 Spirea Ct Apt 126
Jackson, MI 49202

Henry Ford Health System Data
Security Litigation
RG/2 Claims Administration, LLC
P.O. Box 59479
Philadelphia, Pa. 19102~9479

METROPLEX MI   480
METROPLEX MI   480
18 SEP 2024 PM 6 L
18 SEP 2024 PM 4 L



OCT 0 1 2024

Mayada Dabajeh
7444 Manor St
Dearborn, MI 48126
Claimant ID: DSA-B8W-7BB9
RE: Henry Ford Health System Data Security Litigation, Case No. 2:23-cv-11736


To Whom It May Concern:

I, Mayada Dabajeh, am writing to inform you that I would like to exclude myself from the above stated case (Henry Ford Health System Data Security Litigation, Case No. 2:23-cv-11736).

Thank you for your attention on this matter.

Sincerely,

9/22/2024

Mayada Dabajeh

METROPLEX MI 480

23 SEP 2024 PM 15 L

Henry Ford Health System Data Security Litigation

RG/z Claims Administration, LLC

P.O. Box 59479

Philadelphia, PA 19102-9479

D

Mayada Dabajeh
7444 Manor St
Dearborn, MI 48126

OCT 0 3 2024

To Whom This may Concern Regarding The
Henry Ford Health System Data Security litigation:


I, Stacy Johnson
    272 Eckford Dr
    Troy MI 48085

Am opting out from the settlement — to
be excluded from it


Thank You,

Stacy Johnson
272 Eckford Dr.
Troy MI 48085

September 26, 2004

METROPLEX MI 480

27 SEP 2024   PM 14 L

Stacy Johnson
272 Ickford Dr.
Troy MI 48085

Henry Ford Health System Data Security Litigation
C/o Claims Administration, LLC
P.O. Box 59479
Philadelphia, PA 19102-9479